IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Trustees of the SHEET METAL WORKERS
LOCAL UNION 49 FAMILY HEALTH PLAN, et al.,

      Plaintiffs,

v.                        No.  1-11-cv-00898 JCH/CG

MARES PLUMBING & MECHANICAL, INC.,
a New Mexico Corporation,

      Defendant.

**ORDER GRANTING PLAINTIFFS' MOTION
TO MODIFY THE APRIL 2, 2012 SCHEDULING ORDER AND EXTEND THE TIME FOR
FILING MOTIONS RELATING TO DISCOVERY FOR ONE WEEK**

**THIS MATTER** comes before the Court on Plaintiffs' *Motion to Modify the April 2, 2012 Scheduling Order and Extend the Time for Filing Motions Relating to Discovery for One Week,* (Document 58).  The Court having considered the Motion and being otherwise fully advised in the premises **FINDS** that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion is **GRANTED** and the deadline for filing motions relating to discovery is extended for one week until September 13, 2012.

                                      _____
                                      THE HONORABLE CARMEN GARZA
                                      UNITED STATES MAGISTRATE JUDGE

Submitted by:

WALKER & VAN HEIJENOORT PC

By: /s/ electronically signed
       William G. Walker
       4263 Montgomery NE, Suite 230
       Albuquerque, New Mexico  87109
Attorneys for Plaintiffs

Approved as to form:

RODRIGUEZ LAW FIRM

By: <u>approved by electronic mail 9/6/12</u>
      Augustine M. Rodriguez, Esq.
      500 Oak Street NE, Suite 211
      Albuquerque, NM 87106
Attorney for Defendant