IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Trustees of the SHEET METAL WORKERS
LOCAL UNION 49 FAMILY HEALTH PLAN, et al.,

      Plaintiffs,

v.                                                                                          No.  1-11-cv-00898 JCH/CG

MARES PLUMBING & MECHANICAL, INC.,
a New Mexico Corporation,

      Defendant.

## ORDER

**THIS MATTER** comes before the Court on Plaintiffs' *Unopposed Motion for an Extension of Time in Which to File an Amended Reply to Defendant's Response in Opposition to Plaintiffs' Motion to Compel Production of Documents* (Doc. 82*).*  The Court having considered the Motion and being otherwise fully advised in the premises **FINDS** that the Motion is well taken and should be granted.

**IT IS THEFORE ORDERED** that Plaintiffs' Motion is **GRANTED** and the deadline for filing the amended reply is extended until December 11, 2012.

_____
HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE